### Aultman, Miller & Co. v. A. L. Jackson.

1. APPELLATE COURT PRACTICE—*Failure to File Briefs.*—For non-compliance with rule 30, a cause will be reversed.

**Assumpsit.**—Breach of warranty. Appeal from Circuit Court of Shelby County; the Hon. JACOB FOUKE, Judge, presiding. Reversed and remanded at the May term, 1895, for a failure to file briefs, etc.

GEO. D. CHAFFEE and ANDREWS, HARDING & VAUSE, attorneys for appellant.

PER CURIAM.

Appellee having failed to file briefs herein the judgment is reversed and the cause remanded under Rule No. 30 of this court.